**No. 10-10196. Corey Thomas and Prince Beck, Petitioners v. United States.**

563 U.S. 1016, 131 S. Ct. 2923, 179 L. Ed. 2d 1262, 2011 U.S. LEXIS 3867.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 625 F.3d 410.

**No. 10-10198. Joshua R. Carter, Petitioner v. United States.**

563 U.S. 1016, 131 S. Ct. 2923, 179 L. Ed. 2d 1262, 2011 U.S. LEXIS 3870.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-10214. Eric Williams, Petitioner v. United States.**

563 U.S. 1016, 131 S. Ct. 2923, 179 L. Ed. 2d 1262, 2011 U.S. LEXIS 3913.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-751. Omar Khadr, et al., Petitioners v. Barack H. Obama, President of the United States, et al.**

563 U.S. 1016, 131 S. Ct. 2900, 179 L. Ed. 2d 1262, 2011 U.S. LEXIS 3936.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Justice Breyer and Justice Soto-

mayor would grant the petition for a writ of certiorari. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-854. Richard Rosario, Petitioner v. Patrick Griffin, Superintendent, Southport Correctional Facility, et al.**

563 U.S. 1016, 131 S. Ct. 2901, 179 L. Ed. 2d 1262, 2011 U.S. LEXIS 4007.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of these petitions.

Same case below, 601 F.3d 118.

**No. 10-1208. Arnold Maurice Bengis, Jeffrey Noll, and David Bengis, Petitioners v. United States.**

563 U.S. 1016, 131 S. Ct. 2911, 179 L. Ed. 2d 1262, 2011 U.S. LEXIS 3877.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 631 F.3d 33.